# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Furniture Distributors, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00090-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Software Support-PMW, Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered by Jury Verdict;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered September 17, 2013.

September 18, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court